■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYAN G. WITZIGMAN, Appellant. [743 NYS2d 356] —Appeal from a judgment of Oneida County Court (Dwyer, J.), entered November 19, 1999, convicting defendant after a jury trial of, inter alia, assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Contrary to defendant's contention, County Court's *Sandoval* ruling did not constitute an abuse of discretion (*see People v Hayes,* 97 NY2d 203, 207-208). By ruling that defendant could be asked on cross-examination whether he previously had been convicted of a felony and two misdemeanors without reference to the underlying criminal acts, the court properly balanced the probative value of that evidence against its potential for prejudice (*see People v Walker,* 83 NY2d 455, 458-459; *People v Wheeler,* 281 AD2d 949, *lv denied* 96 NY2d 836; *People v Brockway,* 277 AD2d 482, 485). Present—Pigott, Jr., P.J., Pine, Hayes, Wisner and Hurlbutt, JJ.